DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

JAMES WHITE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-1947

_____

December 5, 2025

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Hillsborough County; Michelle Sisco, Judge.

James White, pro se.

PER CURIAM.

Affirmed.

SILBERMAN, LaROSE, and BLACK, JJ., Concur.

_____

Opinion subject to revision prior to official publication.